MUBARAK MALIK (SBN 323314)
The Law Office of Mubarak Malik
The Immigration Advocate
17875 Von Karman Ave., Suite 150
Irvine, CA 92614
Telephone: (619) 363-2871
Email: Malik@TheImmigrationAdvocate.com

Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
andrew@metropolitan.legal
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658
*Attorneys for Plaintiffs*

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ZAKARIYA K. VARSHOVI (CA Bar No. 349731)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3994
    Facsimile: (213) 894-7819
    E-mail: Zakariya.Varshovi@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C & C MARKET**, *et al.*, <br>        Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br>        Defendant. | Case No.: 2:23-cv-05914-AB-(PDx) <br><br> **JOINT STIPULATION OF DISMISSAL** |

1

IT IS HEREBY STIPULATED by and between and Plaintiffs, C & C Market, a California Sole Proprietorship, and Seong Ro Choi, an Individual ("Plaintiffs"), and Defendant the United States of America ("Defendant"), that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own costs, fees, and expenses.

Dated:  November 16, 2023                                  Respectfully submitted,

| | |
|---|---|
| /s/ Andrew Z. Tapp<br>Andrew Z. Tapp, Esq.[1]<br>Florida Bar Number:  68002<br>*Pro Hac Vice*<br>Metropolitan Law Group, PLLC<br>1971 W. Lumsden Road, #326<br>Brandon, Florida 33511-8820<br>Telephone:  (813) 228-0658<br>Fax:           (813) 330-3129<br>Email:        Andrew@Metropolitan.legal<br><br>and<br><br>/s/ Mubarak Malik<br>MUBARAK MALIK (SBN 323314)<br>THE LAW OFFICE OF MUBARAK MALIK<br>THE IMMIGRATION ADVOCATE<br>17875 Von Karman Ave., Suite 150<br>Irvine, CA 92614<br>Telephone: (619) 363-2871<br>Email: Malik@TheImmigrationAdvocate.com<br><br>COUNSEL FOR PLAINTIFFS | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litig. Section<br><br> /s/ Zakariya K. Varshovi<br>ZAKARIYA K. VARSHOVI<br>Assistant United States Attorney<br><br>COUNSEL FOR DEFENDANT |

---

[1] The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.