# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C & C MARKET,** *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br> Defendant. | Case No.: 2:23-cv-05914-AB-(PDx) <br><br> **DISMISSAL ORDER** |

   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed joint stipulation of the parties (Doc. No. 29), this action is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: November 29, 2023

_____
**HONORABLE ANDRÉ BIROTTE JR.**
**UNITED STATES DISTRICT JUDGE**

1